IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AUDREY D. BURGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:05-0399 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

. Before the Court is the Plaintiff's Motion for Judgment on the Record and Brief, Document #16, and Defendant's Response thereto, Document #19.

For the reasons set forth in the accompanying Memorandum and Opinion, the Plaintiff's Motion for Judgment on the Administrative Record is **DENIED** and judgment shall enter for the Defendant Commissioner. This case is **DISMISSED.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge